UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
MAR 22 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Grace Solis
    Plaintiff

v.                                          Case #16-cv-20612-UU

CITIMORTGAGE, INC.,
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
Amy Sumacewski, Individually,
Zachary W. Smith, Individually,
Betzy Falgas, Individually,
Mark Anthony Kieslor, Individually,
Jonathan Meisels, Individually,
Melissa Konick, Individually,
Lindsay Brooke Yarmuth, Individually,
SHAPIRO, FISHMAN & GACHÉ,
Eileen Navarro, Individually and
David J. Wolin, Individually

## PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING COURT'S MARCH 21, 2016 ORDER

Plaintiff, Grace Solis, *pro se*, hereby files her Motion for Clarification Regarding the Court's March 21, 2016 Order and states:

1. Plaintiff, *pro se*, realizes the complaint is dense with factual allegations but is unable to decipher exactly what the court is requiring. Plaintiff separated the factual allegations in chronological order for each Defendant and since several Defendants work under two separate law firms, she grouped the Defendants according to where they were employed when they committed certain acts.

2. Does the court want each Defendant separated from each law firm? Or does the court want each numbered factual allegation to be pled in the Counts as in 1, 3, 6. 33, 74 etc.? Plaintiff is trying to not make the complaint longer and is afraid that might occur and upset the court.

1

3. How does Plaintiff re-open the case? By filing a second amended complaint? Plaintiff is uncertain how to proceed and desperately needs the court's guidance. Plaintiff's allegations are supported by numerous exhibits and she does not want her complaint to be dismissed with prejudice and Plaintiff has not yet served the Defendants.

WHEREFORE, Plaintiff moves the court to clarify how she should proceed.

Respectfully submitted this 21st day of March, 2016.

_____
Grace Solis
730 86th Street
Miami Beach, FL  33141
*Pro se*