UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-20612-UU

GRACE SOLIS,

    Plaintiff,

v.

CITIMORTGAGE, INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion for Clarification Regarding Court's March 16, 2016 Order. D.E. 11.

THIS COURT has reviewed the pertinent portions of the record, and being otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion for Clarification Regarding Court's March 16, 2016 Order (D.E. 11) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
*Pro se* Plaintiff