UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-20612-UU

GRACE SOLIS,

    Plaintiff,

v.

CITIMORTGAGE, INC., *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion to Re-Open Case. D.E. 13.

THIS COURT has reviewed the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Re-Open Case (D.E. 13) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of June, 2016.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
*Pro se* Plaintiff