UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-20612-UU

GRACE SOLIS,

    Plaintiff,

v.

CITIMORTGAGE, INC., *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court upon *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised on the premises. In accordance with the Mandate issued by the Eleventh Circuit Court of Appeals (D.E. 24), it is hereby

ORDERED AND ADJUDGED that this case is RE-OPENED. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file an Amended Complaint no later than **Monday, August 28, 2017**. A new Scheduling Order will be separately docketed by this Court informing Plaintiff as to additional upcoming deadlines.

DONE AND ORDERED in chambers at Miami, Florida, this _14th_ day of August, 2017.

                                                                                                 UNITED STATES DISTRICT JUDGE

cc:
 counsel of record via cm/ecf