UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-20612-UU

GRACE SOLIS,

    Plaintiff,

v.

CITIMORTGAGE, INC., *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order Granting Defendant's Motion to Dismiss (D.E. 47). Pursuant to Federal Rule of Civil Procedure 54 and 58(a), the Court now enters this separate final judgment. It is hereby,

ORDERED AND ADJUDGED that the Third Amended Complaint is DISMISSED WITH PREJUDICE in its entirety.  It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED and pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf