UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Grace Solis
    Plaintiff

v.                                Case #16-cv-20612-UU

CITIMORTGAGE, INC.,
    Defendant

\

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Grace Solis, *pro se,* in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order granting Defendant's Motion to Dismiss entered on January 3, 2018.

Respectfully submitted,

Grace Solis
*Pro se*
730 86th Street
Miami Beach, FL 33141

1